# Court of Appeals
# of the State of Georgia

ATLANTA,  February 20, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1046.  DONNA LEWIS FOX v. CHARLES RANDALL FOX.**

After a jury trial, Charles Randall Fox and Donna Lewis Fox were divorced in 2014.  Subsequently, Charles Fox filed a petition against Donna Fox, seeking a declaratory judgment concerning his obligations to pay post-judgment interest in connection with the jury's equitable division of the parties' marital property.  The trial court ruled in Charles Fox's favor, and Donna Fox appealed therefrom.  We, however, lack jurisdiction.

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  As the subject matter relates to the equitable division of marital property, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/20/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.